**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARK FOSTER,

    Petitioner,

v.                                        CASE NO. 8:04-CV-2685-T-30MAP
                                                             8:01-CR-445-T-30MAP
UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

This matter comes before the Court for consideration of Petitioner's Affidavit Accompanying Motion for Permission to Proceed on Appeal *In Forma Pauperis* (Dkt. 22). Petitioner's request for issuance of a certificate of appealability was denied on September 26, 2006, *see* Dkt. 21. Having a balance of $4,515.97 in his inmate trust account, Petitioner does not meet the criteria to proceed without prepayment of the filing fee and costs under 28 U.S.C. § 1915.

UPON consideration, the Court **ORDERS** that Petitioner's request to proceed on appeal *in forma pauperis* is **DENIED** (Dkt. 22).

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA:jsh