# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:01-CR-445-T-30MAP

MARK FOSTER
_____/

## **O R D E R**

This cause came before the Court upon Defendant Mark Foster's Motion (Dkt. #361) for information regarding the grand jury that indicted him. On April 11, 2002, Defendant Mark Foster was found guilty by a jury as to Counts One and Three of the Indictment. Foster's appeal of his sentence was affirmed by the United States Court of Appeals. On December 13, 2004, Foster filed a motion to vacate his sentence pursuant to 28 U.S.C. §2255. The §2255 motion was denied. Foster appealed. The Court of Appeals denied the motion for certificate of appealability and the appeal was dismissed.

On April 23, 2009, Foster filed a motion to modify sentence pursuant to 18 U.S.C. § 3582(c). The motion was denied. Foster appealed. The appeal was dismissed for want of prosecution on February 9, 2010.

On April 14, 2010, Foster filed the present motion requesting, among other things, the racial composition of the grand jury. Upon review and consideration, the Court finds there are no pending issues before this Court nor any issues authorized under the Rules of Criminal Procedure to activate this case for the purpose of obtaining grand jury information. Thus,

this criminal case is an inappropriate forum to seek the requested records.

It is therefore ORDERED AND ADJUDGED that Defendant Mark Foster's Motion for Grand Jury information (Dkt. #361) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on April 29, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2001\01-CR-445.foster.361.wpd*